Case: 4:11-cv-01329-JAR   Doc. #: 2   Filed: 08/01/11   Page: 1 of 1 PageID #: 20

AO 121 (6/90)

| TO:<br><br>Register of Copyrights<br>Copyright Office<br>Library of Congress<br>Washington, D.C. 20559 | REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION OR APPEAL<br>REGARDING A COPYRIGHT |
|---|---|

In compliance with the provisions of 17 U.S.C. 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s):

| ☑ ACTION   ☐ APPEAL | | COURT NAME AND LOCATION<br>USDC/EDMO<br>111 S. 10th Street<br>St. Louis, MO 63101 |
|---|---|---|
| DOCKET NO.<br>4:11cv1329SNLJ | DATE FILED<br>7/29/2011 | |
| PLAINTIFF<br>Marcie Cobbaert | | DEFENDANT<br>A&E Television Networks, LLC, et al. |

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OR WORK |
|---|---|---|
| 1 see attached copy of | complaint | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above-entitled case, the following copyright(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment   ☐ Answer   ☐ Cross Bill   ☐ Other Pleading | | |
|---|---|---|---|
| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | | AUTHOR OF WORK |
| 1 | | | |
| 2 | | | |
| 3 | | | |

In the above-entitled case, a final decision was rendered on the date entered below. A copy of the order or judgment together with the written opinion, if any, of the court is attached.

| COPY ATTACHED<br>☒ Order   ☐ Judgment | WRITTEN OPINION ATTACHED<br>☐ Yes   ☐ No | DATE RENDERED<br>11/7/2011 |
|---|---|---|
| CLERK<br>James Y. Woodward | (BY) DEPUTY CLERK<br>Andrea Lusetti | DATE<br>11/7/2011 |

DISTRIBUTION:
1) Upon initiation of action, mail copy to Register of Copyrights
2) Upon filing of document adding copyright(s), mail copy to Register of Copyrights
3) Upon termination of action, mail copy to Register of Copyrights
4) In the event of an appeal, forward copy to Appellate Court
5) Case File Copy

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| MARCIE COBBAERT, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 4:11-cv-01329-SNLJ |
| v. ) | |
| ) | |
| A&E TELEVISION NETWORKS, L.L.C., ) | |
| LIFETIME ENTERTAINMENT SERVICES, ) | |
| L.L.C..; and LAURA KATHLEEN PLANCK, ) | |
| ) | |
| Defendants. ) | |

## STIPULATION FOR DISMISSAL WITH PREJUDICE

Comes now Plaintiff, and stipulates to the dismissal of this matter, with prejudice, as to all defendants. Each party shall bear its own costs and fees incurred herein.

Respectfully submitted,

JENSEN, BARTLETT & SCHELP, LLC

*s/Matthew P. Diehr*
JEFFREY B. JENSEN, #46745MO
MATTHEW P. DIEHR, #61999MO
222 S. Central Ave., Suite 110
St. Louis, MO 63105
314-725-3939
314-725-5595 Facsimile
JJensen@jbslawyers.com
MDiehr@jbslawyers.com
*Attorneys for Plaintiff*

So Ordered
John A. Ross
11/7/2011

## CERTIFICATE OF SERVICE

The undersigned counsel hereby certifies that on October 7, 2011, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filings to the following:

Stephen H. Rovak
SNR Denton US LLP
One Metropolitan Square, Suite 3000
St. Louis, MO 63102-2741
Telephone: 314-259-5886
Fax: 314-259-5959
stephen.rovak@snrdenton.com
*Attorney for Defendants A&E Television Networks, L.L.C. and Lifetime Entertainment Services, L.L.C.*

                                              *s/Matthew P. Diehr*
                                              MATTHEW P. DIEHR, #61999MO
                                              *Attorney for Plaintiff*